Scott T. Reigle (# 288515)
  sreigle@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP
301 N. Lake Ave, Suite 1100
Pasadena, CA  91101-4158
Tel:  (626) 535-1900 | Fax:  (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, erroneously sued as "WELLS FARGO BANK, N.A., AKA AMERICA'S SERVICING COMPANY, A NATIONAL ASSOCIATION ("Wells Fargo")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA F. CLARK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., AKA AMERICA'S SERVICING COMPANY, A NATIONAL ASSOCIATION; DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE FOR MORGAN STANLEY LOAN TRUST 2005-1, A NATIONAL ASSOCIATION; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:17-cv-01390-JAK-SS<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT OF DISMISSAL**<br><br>[Assigned to the Hon. John A. Kronstadt] |

**TO THE HONORABLE COURT AND TO PLAINTIFF:**

**PLEASE TAKE NOTICE** that defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia

1  Mortgage, FSB, f/k/a World Savings Bank, FSB, erroneously sued as "WELLS
2  FARGO BANK, N.A., AKA AMERICA'S SERVICING COMPANY, A
3  NATIONAL ASSOCIATION ("Wells Fargo") hereby lodges the [Proposed]
4  Judgment of Dismissal, which is attached hereto.

Respectfully submitted,

Dated: May 22, 2017     ANGLIN, FLEWELLING, RASMUSSEN,
                       CAMPBELL & TRYTTEN LLP


By:   /s/ Scott T. Reigle
      Scott T. Reigle
      sreigle@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor
by merger with Wells Fargo Bank
Southwest, N.A., f/k/a Wachovia Mortgage,
FSB, f/k/a World Savings Bank, FSB,
erroneously sued as "WELLS FARGO
BANK, N.A., AKA AMERICA'S
SERVICING COMPANY, A NATIONAL
ASSOCIATION ("Wells Fargo")

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Ave, Suite 1100 Pasadena, CA 91101-4158

On the date below, I served a copy of the foregoing document entitled:

**NOTICE OF LODGING OF [PROPOSED]
JUDGMENT OF DISMISSAL**

on the interested parties in said case as follows:

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**Served By Means Other than Electronically
Via the Court's CM/ECF System:**

Cynthia F. Clark
1201 Woodbury Drive
Harbor City CA 90710

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on May 22, 2017.

| Marianne Mantoen | /s/ Marianne Mantoen |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |