UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA F. CLARK, | CASE NO.: 2:17-cv-01390-JAK-SS |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| v. | JS-6 |
| WELLS FARGO BANK, N.A., AKA AMERICA'S SERVICING COMPANY, A NATIONAL ASSOCIATION; DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE FOR MORGAN STANLEY LOAN TRUST 2005-1, A NATIONAL ASSOCIATION; and DOES 1 through 100, inclusive, | |
| Defendants. | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all causes of action, with prejudice;
2. Judgment is entered in favor of defendants Wells Fargo Bank N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB erroneously sued as "WELLS FARGO BANK, N.A., AKA AMERICA'S SERVICING COMPANY, A

NATIONAL ASSOCIATION ("Wells Fargo") and Deutsche Bank National Trust ("Deutsche Bank"); and

3. Plaintiff Cynthia Clark will recover nothing in this action from defendants Wells Fargo or Deutsche Bank.

DATED: May 25, 2017

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE